| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name. First name. Middle initial) Donald,, Bernice B | 2. Court or Organization Western Tennessee | 3. Date of Report 07/14/2009 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States District Court 167 N. Main Street, #951 Memphis, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion. in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Vice-President | American Bar Association |
| 2. Member, Advisory Committee -Justice Prize Committee | Peter & Patricia Gruber Foundation |
| 3. Secretary & Member, Board of Governors | American Bar Association |
| 4. Prize Committee Member | Peter and Patricia Gruber |
| 5. Board Member | American Bar Journal Magazine |
| 6. Stax Museum and Academy | Board Member |

DISCLOSURE OFFICE 2010 JUL 20 A 9: 08 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

Donald. Bernice B.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 07/14/2009 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✔ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

✔ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | Feb. 10-17, Boston, MA; Mtg of Board of Governors. (Transportation, food & lodging) |
| 2. | American Law Institute/American Bar Association (ALI_ABA) | March 5-7 Employment Law Program (Transportation and food) Lodging billed to entity. |
| 3. | NYU Center for Labor & Employment Law | March 19 Employment Law program for federal judges; (Transportation, food, and lodging) |
| 4. | American Bar Association, Business Law Section | April 16-18, Vancouver, Canada; Section meeting and educational program. Transportation, food, and lodging) |
| 5. | American Bar Association | April 21, Washington, D. C. Executive Committee mtg (Food, lodging, and transportation) |
| 6. | Best Lawyers in America | April 24, Atlanta, GA Panelist on Ethics program (Transportation) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Gruber Foundation | April 27, New York, NY (Committee meeting to select prize recipient) (Trnsportation, lodging, and food |
| 8. | American Bar Foundation | May 7-8; Chicago, IL; Board Meeting (Transportation, lodging, and food) |
| 9. | National Institute on E. Discovery | May 22; Chicago, Il (Educational program-speaker) (Trassportation and food) |
| 10. | Seattle Pacific Bar Association | June 4-5, Seattle, WA; Labor and Employment Conference; (Transortation, food and lodging) |
| 11. | American Bar Association | June 5-6; Vancouver, B. C.;Journal Board of Editors meeting; (Transportation, food and lodging) |
| 12. | American Bar Association | June 11-14; Silverado, CA; Board of Governors meeting (Transportation, food, and lodging) |
| 13. | iLlinois Judges Association | June 15; Urbana, Champaign, Il; Educational presentation to state court judges (Transportation, and food) |
| 14. | American Bar Association | July 30-August 6; Chicago, Il; Annual meeting ; Board of Governors meeting; (Transportation, food, and lodging) |
| 15. | American Bar Association | September 9-12; Journal Board of Editors and Section Officers meeting; Chicago, Il (Transportation, food, and lodging) |
| 16. | Peter & Patricia Gruber Foundation | September 24; Birmingham, AL; Justice Prize presentation (Transportation, food, and lodging) |
| 17. | American Bar Association | October 29-November 1; Board of Governors meeting; (Transportation, food and lodging) |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 07/14/2009 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. None | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  First Horizon National Bank | A | Dividend | J | T | | | | | |
| 2.  Duracell/Gillette Stock | D | Dividend | J | U | | | | | |
| 3.  RJR Nbisco | A | Dividend | J | T | | | | | |
| 4.  VTN Stock | A | None | J | T | | | | | |
| 5.  Ford Motor Company | A | Dividend | J | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald,, Bernice B | 07/14/2009 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 07/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date July 14, 2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544